**Michael J. Reiss**
Direct Dial: +1.424.653.5577
michael.reiss@lw.com

355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

**LATHAM & WATKINS LLP**

March 25, 2019

<u>VIA ECF</u>

Hon. Roanne L. Mann
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *In Re Edgewell Personal Care Co. Litigation,* Case No. 16-CV-3371 (KAM)

Dear Judge Mann:

  We are counsel for Defendants Edgewell Personal Care Company, Edgewell Personal Care, LLC, Edgewell Personal Care Brands, LLC, Playtex Products, LLC, and Sun Pharmaceuticals, LLC (collectively, "Defendants") in the above-referenced action.  Defendants and Plaintiffs Paul Lambrakis, Mark Nabong, Dyan D'Aversa, Laurel Birmingham, Christina Newland, Felipe Romero, and Tracy Fernandez (collectively, "Plaintiffs," and together with Defendants, "Parties") jointly write to respectfully request that the initial conference currently scheduled for March 27, 2019 at 2:30 p.m. be vacated.

  The Parties have been engaged in ongoing settlement discussions, and recently reached an agreement in principle.  The Parties are in the process of finalizing the settlement agreement, and anticipate filing the appropriate pleadings dismissing the case when the settlement documents are completed.

  Thank you for your consideration of this request.

              Respectfully submitted,

              /s/ *Michael J. Reiss*
              Michael J. Reiss (admitted *pro hac vice*)
              of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)