**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EDGEWELL PERSONAL CARE CO. LITIGATION | Master File No. 16 Civ. 3371 (KAM) (RLM) |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs Paul Lambrakis, Colleen Gorman, Laurel Birmingham, Dyan D'Aversa, Felipe Romero, Tracy Fernandez, Ingrid Anglin, Christina Newland, and Mark Nabong and Defendants Edgewell Personal Care Company, Edgewell Personal Care, LLC, Edgewell Personal Care Brands, LLC, Playtex Products, LLC, and Sun Pharmaceuticals, LLC, by and through their respective counsel, that the above-captioned case be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorneys' fees.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts and that facsimile and PDF signatures shall be deemed originals for all purposes.

Dated: April 30, 2019

By:/s/ Michael J. Reiss
Kegan A. Brown
Virginia F. Tent
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
Telephone: 212-906-1200
Fax: 212-751-4864
Email: kegan.brown@lw.com
Email: virginia.tent@lw.com

Daniel Scott Schecter (*pro hac vice*)
Michael J. Reiss (*pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213-485-1234

                                        Fax: 213-891-8763
                                        Email: daniel.schecter@lw.com
                                        Email: michael.reiss@lw.com
                                        ***Attorneys for Defendants Edgewell Personal Care Company, Edgewell Personal Care, LLC, Edgewell Personal Care Brands, LLC, Playtex Products, LLC, and Sun Pharmaceuticals, LLC***

Dated: April 24, 2019                 By:_____
                                        Frederic S. Fox
                                        **KAPLAN FOX & KILSHEIMER LLP**
                                        850 Third Avenue, 14th Floor
                                        New York, NY 10022
                                        Telephone: 212-687-1980
                                        Fax: 212-687-7714
                                        Email: ffox@kaplanfox.com
                                        ***Liaison Counsel for Plaintiffs***

Dated: April 24, 2019                 By:_____
                                        Hunter Jay Shkolnik
                                        Salvatore C. Badala
                                        Paul Brian Maslo
                                        **NAPOLI SHKOLNIK PLLC**
                                        360 Lexington Avenue, 11th Floor
                                        New York, NY 10017
                                        Telephone: 212-397-1000
                                        Fax: 646-843-7603
                                        Email: pmaslo@napolilaw.com
                                        Email: hunter@napolilaw.com
                                        Email: sbadala@napolilaw.com
                                        ***Interim Co-Lead Counsel for Plaintiffs***

Dated: April 24, 2019                 By:_____
                                        Janine Lee Pollack
                                        **THE SULTZER LAW GROUP P.C.**
                                        351 W. 54th Street, Suite 1C
                                        New York, NY 10019
                                        Telephone: 212-969-7810
                                        Fax: 888-749-7747
                                        Email: pollackj@thesultzerlawgroup.com
                                        ***Interim Co-Lead Counsel for Plaintiffs***

Dated:  April 24, 2019          By:_____
                                Carl V. Malmstrom
                                **WOLF HALDENSTEIN**
                                **ADLER FREEMAN & HERZ LLC**
                                111 W. Jackson St., Suite 1700
                                Chicago, IL 60604
                                Telephone: 312-984-0000
                                Fax: 212-545-4653
                                Email: malmstrom@whafh.com

Dated:  April 24, 2019          By:_____
                                Stephen Patrick DeNittis
                                **DENITTIS OSEFCHEN, PC**
                                5 Greentree Centre
                                525 Route 73 North, Suite 410
                                Marlton, NJ 08053
                                Telephone: 856-797-9951
                                Fax: 856-797-9978
                                Email: sdenittis@denittislaw.com
                                *Interim Co-Lead Counsel for Plaintiffs*

Dated:  April 24, 2019          By:_____
                                Laurence D. King
                                Mario M. Choi
                                **KAPLAN FOX & KILSHEIMER LLP**
                                350 Sansome Street, Suite 400
                                San Francisco, CA 94104
                                Telephone: 415-772-4700
                                Fax: 415-772-4707
                                Email: lking@kaplanfox.com
                                Email: mchoi@kaplanfox.com
                                *Additional Counsel for Plaintiffs*

                                By:_____
Dated:  April 24, 2019          Marc A. Wites
                                **WITES LAW FIRM**
                                4400 North Federal Highway
                                Lighthouse Point, FL 33064
                                Telephone: 954-570-8989
                                Fax: 954-354-0205
                                Email: mwites@witeslaw.com
                                *Additional Counsel for Plaintiffs*

Dated:   April 24, 2019                By:_____
                                                                   Justin Farahi
                                                                   Raymond M. Collins
**FARAHI LAW FIRM APC**
22760 Hawthorne Boulevard Suite 230
Torrance, CA 90505
Telephone: 310-774-4500
Fax: 424-295-0557
Email: justin@farahilaw.com
Email: raymondfarahilaw@gmail.com
*Additional Counsel for Plaintiffs*

Dated:   April 24, 2019                By:_____
Joseph G. Sauder
Matthew D. Schelkopf
**SAUDER SCHELKOPF**
555 Lancaster Ave.
Berwyn, PA 19312
Telephone: 610-200-0580
Email: jgs@sstriallawyers.com
Email: mds@sstriallawyers.com
*Additional Counsel for Plaintiffs*

Dated:   April 24, 2019                By:_____
Brittany Weiner
Seth Asher Nadler
**IMBESI LAW, P.C.**
450 Seventh Avenue
Suite 1408
New York, NY 10123
Telephone: 646-380-8172
Fax: 212-658-9177
Email: brittany@lawicm.com
Email: seth@lawicb.com
*Additional Counsel for Plaintiffs*

*Personal Care Company, Edgewell Personal Care, LLC, Edgewell Personal Care Brands, LLC, Playtex Products, LLC, and Sun Pharmaceuticals, LLC*

Dated: April 26, 2019

By:_____
Frederic S. Fox
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Fax: 212-687-7714
Email: ffox@kaplanfox.com
*Liaison Counsel for Plaintiffs*

Dated: April 26, 2019

By: /s/ Hunter Jay Shkolnik
Hunter Jay Shkolnik
Salvatore C. Badala
Paul Brian Maslo
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue, 11th Floor
New York, NY 10017
Telephone: 212-397-1000
Fax: 646-843-7603
Email: pmaslo@napolilaw.com
Email: hunter@napolilaw.com
Email: sbadala@napolilaw.com
*Interim Co-Lead Counsel for Plaintiffs*

Dated: April 26, 2019

By:_____
Janine Lee Pollack
**THE SULTZER LAW GROUP P.C.**
351 W. 54th Street, Suite 1C
New York, NY 10019
Telephone: 212-969-7810
Fax: 888-749-7747
Email: pollackj@thesultzerlawgroup.com
*Interim Co-Lead Counsel for Plaintiffs*

|  |  |
|---|---|
|  | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**<br>111 W. Jackson St., Suite 1700<br>Chicago, IL 60604<br>Telephone: 312-984-0000<br>Fax: 212-545-4653<br>Email: malmstrom@whafh.com |
| Dated: April 24, 2019 | By:_____<br>Stephen Patrick DeNittis<br>**DENITTIS OSEFCHEN, PC**<br>5 Greentree Centre<br>525 Route 73 North, Suite 410<br>Marlton, NJ 08053<br>Telephone: 856-797-9951<br>Fax: 856-797-9978<br>Email: sdenittis@denittislaw.com<br>***Interim Co-Lead Counsel for Plaintiffs*** |
| Dated: April 24, 2019 | By:_____<br>Laurence D. King<br>Mario M. Choi<br>**KAPLAN FOX & KILSHEIMER LLP**<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: 415-772-4700<br>Fax: 415-772-4707<br>Email: lking@kaplanfox.com<br>Email: mchoi@kaplanfox.com<br>***Additional Counsel for Plaintiffs*** |
| Dated: April 24, 2019 | By: /s/ Marc A. Wites<br>Marc A. Wites<br>**WITES LAW FIRM**<br>4400 North Federal Highway<br>Lighthouse Point, FL 33064<br>Telephone: 954-570-8989<br>Fax: 954-354-0205<br>Email: mwites@witeslaw.com<br>***Additional Counsel for Plaintiffs*** |
| Dated: April 24, 2019 | By:_____<br>Justin Farahi<br>Raymond M. Collins |

        **FARAHI LAW FIRM APC**
22760 Hawthorne Boulevard Suite 230
Torrance, CA 90505
Telephone: 310-774-4500
Fax: 424-295-0557
Email: justin@farahilaw.com
Email: raymondfarahilaw@gmail.com
*Additional Counsel for Plaintiffs*

Dated: April 24, 2019          By:_____
Joseph G. Sauder
Matthew D. Schelkopf
**SAUDER SCHELKOPF**
555 Lancaster Ave.
Berwyn, PA 19312
Telephone: 610-200-0580
Email: jgs@sstriallawyers.com
Email: mds@sstriallawyers.com
*Additional Counsel for Plaintiffs*

Dated: April 24, 2019          By: /s/ Brittany Weiner
Brittany Weiner
Seth Asher Nadler
**IMBESI LAW, P.C.**
450 Seventh Avenue
Suite 1408
New York, NY 10123
Telephone: 646-380-8172
Fax: 212-658-9177
Email: brittany@lawicm.com
Email: seth@lawicb.com
*Additional Counsel for Plaintiffs*

Justin Farahi
Raymond M. Collins
**FARAHI LAW FIRM APC**
22760 Hawthorne Boulevard Suite 230
Torrance, CA 90505
Telephone: 310-774-4500
Fax: 424-295-0557
Email: justin@farahilaw.com
Email: raymondfarahilaw@gmail.com
*Additional Counsel for Plaintiffs*

Dated: April 24, 2019

By: *Joseph Sauder*
Joseph G. Sauder
Matthew D. Schelkopf
**SAUDER SCHELKOPF**
555 Lancaster Ave.
Berwyn, PA 19312
Telephone: 610-200-0580
Email: jgs@sstriallawyers.com
Email: mds@sstriallawyers.com
*Additional Counsel for Plaintiffs*

Dated: April 24, 2019

By:_____
Brittany Weiner
Seth Asher Nadler
**IMBESI LAW, P.C.**
450 Seventh Avenue
Suite 1408
New York, NY 10123
Telephone: 646-380-8172
Fax: 212-658-9177
Email: brittany@lawicm.com
Email: seth@lawicb.com
*Additional Counsel for Plaintiffs*

*Personal Care Company, Edgewell Personal Care, LLC, Edgewell Personal Care Brands, LLC, Playtex Products, LLC, and Sun Pharmaceuticals, LLC*

Dated: April 24, 2019

By:_____
Frederic S. Fox
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Fax: 212-687-7714
Email: ffox@kaplanfox.com
*Liaison Counsel for Plaintiffs*

Dated: April 24, 2019

By:_____
Hunter Jay Shkolnik
Salvatore C. Badala
Paul Brian Maslo
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue, 11th Floor
New York, NY 10017
Telephone: 212-397-1000
Fax: 646-843-7603
Email: pmaslo@napolilaw.com
Email: hunter@napolilaw.com
Email: sbadala@napolilaw.com
*Interim Co-Lead Counsel for Plaintiffs*

Dated: April 24, 2019

By: */s/ Janine L. Pollack*

Janine Lee Pollack
**THE SULTZER LAW GROUP P.C.**
351 W. 54th Street, Suite 1C
New York, NY 10019
Telephone: 212-969-7810
Fax: 888-749-7747
Email: pollackj@thesultzerlawgroup.com
*Interim Co-Lead Counsel for Plaintiffs*

Dated: April 24, 2019

*Personal Care Company, Edgewell Personal Care, LLC, Edgewell Personal Care Brands, LLC, Playtex Products, LLC, and Sun Pharmaceuticals, LLC*

Dated: April 24, 2019

By:_____
Frederic S. Fox
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Fax: 212-687-7714
Email: ffox@kaplanfox.com
*Liaison Counsel for Plaintiffs*

Dated: April 24, 2019

By:_____
Hunter Jay Shkolnik
Salvatore C. Badala
Paul Brian Maslo
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue, 11th Floor
New York, NY 10017
Telephone: 212-397-1000
Fax: 646-843-7603
Email: pmaslo@napolilaw.com
Email: hunter@napolilaw.com
Email: sbadala@napolilaw.com
*Interim Co-Lead Counsel for Plaintiffs*

Dated: April 24, 2019

By:_____
Janine Lee Pollack
**THE SULTZER LAW GROUP P.C.**
351 W. 54th Street, Suite 1C
New York, NY 10019
Telephone: 212-969-7810
Fax: 888-749-7747
Email: pollackj@thesultzerlawgroup.com
*Interim Co-Lead Counsel for Plaintiffs*

Dated: April 24, 2019

By:_____
Carl V. Malmstrom

|  |  |
|---|---|
| | *Personal Care Company, Edgewell Personal Care, LLC, Edgewell Personal Care Brands, LLC, Playtex Products, LLC, and Sun Pharmaceuticals, LLC* |
| Dated: April 24, 2019 | By: /s/ Frederic S. Fox<br>Frederic S. Fox<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone: 212-687-1980<br>Fax: 212-687-7714<br>Email: ffox@kaplanfox.com<br>*Liaison Counsel for Plaintiffs* |
| Dated: April 24, 2019 | By:_____<br>Hunter Jay Shkolnik<br>Salvatore C. Badala<br>Paul Brian Maslo<br>**NAPOLI SHKOLNIK PLLC**<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Telephone: 212-397-1000<br>Fax: 646-843-7603<br>Email: pmaslo@napolilaw.com<br>Email: hunter@napolilaw.com<br>Email: sbadala@napolilaw.com<br>*Interim Co-Lead Counsel for Plaintiffs* |
| Dated: April 24, 2019 | By:_____<br>Janine Lee Pollack<br>**THE SULTZER LAW GROUP P.C.**<br>351 W. 54th Street, Suite 1C<br>New York, NY 10019<br>Telephone: 212-969-7810<br>Fax: 888-749-7747<br>Email: pollackj@thesultzerlawgroup.com<br>*Interim Co-Lead Counsel for Plaintiffs* |
| Dated: April 24, 2019 | By:_____<br>Carl V. Malmstrom |

                                **WOLF HALDENSTEIN**
                                **ADLER FREEMAN & HERZ LLC**
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Telephone: 312-984-0000
Fax: 212-545-4653
Email: malmstrom@whafh.com

Dated: April 24, 2019    By:_____
Stephen Patrick DeNittis
**DENITTIS OSEFCHEN, PC**
5 Greentree Centre
525 Route 73 North, Suite 410
Marlton, NJ 08053
Telephone: 856-797-9951
Fax: 856-797-9978
Email: sdenittis@denittislaw.com
***Interim Co-Lead Counsel for Plaintiffs***

Dated: April 24, 2019    By: /s/ Laurence D. King /muc
Laurence D. King
Mario M. Choi
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Fax: 415-772-4707
Email: lking@kaplanfox.com
Email: mchoi@kaplanfox.com
***Additional Counsel for Plaintiffs***

Dated: April 24, 2019    By:_____
Marc A. Wites
**WITES LAW FIRM**
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: 954-570-8989
Fax: 954-354-0205
Email: mwites@witeslaw.com
***Additional Counsel for Plaintiffs***

Dated: April 24, 2019    By:_____
Justin Farahi
Raymond M. Collins

Dated: April 26, 2019

By: _____

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Telephone: 312-984-0000
Fax: 212-545-4653
Email: malmstrom@whafh.com

Stephen Patrick DeNittis
**DENITTIS OSEFCHEN, PC**
5 Greentree Centre
525 Route 73 North, Suite 410
Marlton, NJ 08053
Telephone: 856-797-9951
Fax: 856-797-9978
Email: sdenittis@denittislaw.com
*Interim Co-Lead Counsel for Plaintiffs*

Dated: April 26, 2019

By: _____
Laurence D. King
Mario M. Choi
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Fax: 415-772-4707
Email: lking@kaplanfox.com
Email: mchoi@kaplanfox.com
*Additional Counsel for Plaintiffs*

Dated: April 26, 2019

By: _____
Marc A. Wites
**WITES LAW FIRM**
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: 954-570-8989
Fax: 954-354-0205
Email: mwites@witeslaw.com
*Additional Counsel for Plaintiffs*

Dated: April 26, 2019

By: _____
Justin Farahi
Raymond M. Collins

Dated: April 26, 2019    By: _____
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Telephone: 312-984-0000
Fax: 212-545-4653
Email: malmstrom@whafh.com

Dated: April 26, 2019    By: _____
Stephen Patrick DeNittis
**DENITTIS OSEFCHEN, PC**
5 Greentree Centre
525 Route 73 North, Suite 410
Marlton, NJ 08053
Telephone: 856-797-9951
Fax: 856-797-9978
Email: sdenittis@denittislaw.com
*Interim Co-Lead Counsel for Plaintiffs*

Dated: April 26, 2019    By: _____
Laurence D. King
Mario M. Choi
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Fax: 415-772-4707
Email: lking@kaplanfox.com
Email: mchoi@kaplanfox.com
*Additional Counsel for Plaintiffs*

Dated: April 26, 2019    By: _____
Marc A. Wites
**WITES LAW FIRM**
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: 954-570-8989
Fax: 954-354-0205
Email: mwites@witeslaw.com
*Additional Counsel for Plaintiffs*